IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALLY FINANCIAL INC., RESIDENTIAL CAPITAL, LLC, and GMAC MORTGAGE LLC., | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | CASE NO. 4:12cv600 Judge Clark/Judge Mazzant |
| PHILLIP ROGER FLINN, II, RALPH "RUSTY" CAVES, JOHN W. SANDSTROM ELECTRICAL COMPANY, | § § § § § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 7, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Caves' Amended Fed. R. Civ. P. 12 Motion to Dismiss [Doc. #39] be denied at this time.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant Caves' Amended Fed. R. Civ. P. 12 Motion to

1

Dismiss [Doc. #39] is **DENIED** at this time**.**

So **ORDERED** and **SIGNED** on February   17  , 2013.

_____
Ron Clark
United States District Judge